**Order entered November 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01167-CV

## IN THE ESTATE OF MELISSA WAGNER OSBORNE, DECEASED, Appellant

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1506-2016**

## ORDER

The reporter's record in this case indicates that exhibits were admitted into evidence as Applicant's Exhibits A1 through A7 and Contestant's Exhibits A through Y. None of these exhibits were filed with the reporter's record.

We **ORDER** Jacqueline Love-Worline, deputy court reporter of Probate Court, to file, within **TEN DAYS** of the date of this order, a supplemental reporter's record containing Applicant's Exhibits A1 through A7 and Contestant's Exhibits A through Y.

/s/    DAVID J. SCHENCK
        JUSTICE